Cite as 2023 Ark. 5

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS STATE BOARD OF LAW EXAMINERS | Opinion Delivered: January 26, 2023 |

## PER CURIAM

Allison Plowman Hatfield of Little Rock is appointed to the Arkansas State Board of Law Examiners for a six-year term concluding on January 26, 2029. Ms. Hatfield will be an at-large representative; she replaces Judge Waymond Brown, whose term has concluded.

The court extends its sincere appreciation to Ms. Hatfield for accepting appointment to this important board. The court also expresses its gratitude to Judge Brown for his dedicated service to the board.